UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

AMBERIA MORTON                                                                                    PLAINTIFF

V.                                               CIVIL ACTION NO. 3:21-CV-482-KHJ-MTP

SALVATION ARMY, HINDS COUNTY                                           DEFENDANTS
and SALVATION ARMY, LEE COUNTY

ORDER

On August 12, 2021, this Court entered an Order [19] dismissing this case without prejudice because Morton did not show a basis for subject-matter jurisdiction. After the Court dismissed her case, Morton filed many motions. The Court construed some under Federal Rule of Civil Procedure 59(e) and denied and denied the remaining motions as moot. *See* Order [51]. Since then, she has filed seven more motions [56, 59, 60, 64, 68, 69, 75].

Morton has a pattern of flooding the Court with irrelevant and repetition filings. Other judges in this district have warned her that "continued filings may result in an Order directing the Clerk to refuse future filings." *See Morton v. Baptist Memorial Hosp.*, No. 3:21-CV-223-DPJ-FKB; *Morton v. IRS*, No. 3:20-CV-734-DPJ-FKB; *Morton v. Grenada Women's Clinic*, No. 3:21-CV-230-DPJ-FKB; *see also Morton v. Miss. Dep't of Emp. Sec.*, No. 3:21-CV-312-CWR-LGI, Text-Only Order (S.D. Miss. Oct. 20, 2021) ("[F]uture filings in this closed case may result in the Court finding that she is a vexatious litigant, which may subject plaintiff to

sanctions, including prohibiting plaintiff from filing any action without the Court's express permission."); *Morton v. UMMC*, No. 3:21-CV-224-HTW-LGI, Text-Only Order (S.D. Miss. Mar. 31, 2022) (issuing same warning). When those warnings did not deter more filings, the Court directed the Clerk's Office to strike Morton's docket entries. *See Morton v. Baptist Memorial Hosp.*, No. 3:21-CV-223-DPJ-FKB; *Morton v. IRS*, No. 3:20-CV-734-DPJ-FKB; *Morton v. Grenada Women's Clinic*, No. 3:21-CV-230-DPJ-FKB.

The Court has reviewed Morton's filings and finds that reconsideration is not warranted. The Court remains persuaded that jurisdiction is lacking and therefore denies the pending motions [56, 59, 60, 64, 68, 69, 75]. Morton is warned that continued filings may result in an Order directing the Clerk to refuse future filings.

SO ORDERED, this the 10th day of August, 2022.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE